1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  KYLE A. LEWIS - State Bar No. 201041
   Deputy Attorney General
6  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
7  Telephone:  (415) 703-5677
   Facsimile: (415) 703-5843
8  kyle.lewis@doj.ca.gov

9  Attorneys for Defendants Schwarzenegger,
   Hickman, Tilton, Hartley, and Dezember
10

ABRAHAM N. GOLDMAN &
ASSOCIATES, LTD.
Abraham N. Goldman - State Bar No.
102080
David Springfield - State Bar No. 226630
Post Office Box 120
12896 Rices Crossing Road
Oregon House, CA  95962-0120
Telephone: (530) 692-2267
Facsimile: (530) 692-2543

Attorneys for Plaintiff

11

12                    IN THE UNITED STATES DISTRICT COURT

13                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

15  | **DORIS NEWSOME, Individually, and as Successor-in-Interest to THEODORE HAYWARD, JR., deceased,** | C 08-2021 JCS |
    |---|---|
16  | | **STIPULATION AND [PROPOSED] ORDER RE TRANSFER OF ACTION TO EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION** |
17  | **Plaintiff,** | |
    | **v.** | |
18  | **ARNOLD SCHWARZENEGGER, as Governor of the State of California; RODERICK Q. HICKMAN and JAMES E. TILTON, Secretary of the California Department of Corrections and Rehabilitation; and JAMES D. HARTLEY, Individually and as Warden of Avenal State Prison; ROBIN DEZEMBER, Director of CDCR Correctional Health Care Services, MEET BOPORAI, M.D.; and DOES 1 through 200, and each of them Inclusive,** | |
23  | **Defendants.** | |

24

25         Based on the following, Defendants ARNOLD SCWARZENEGGER, RODERICK Q.

26  HICKMAN, JAMES E. TILTON, JAMES D. HARTLEY, and ROBIN DEZEMBER

27

28

1    (Defendants[1]) and Plaintiff DORIS NEWSOME jointly stipulate to transfer this action to the

2    United States District Court for the Eastern District of California, Sacramento Division, under 28

3    U.S.C. § 1404(a):

4            1.    This action was originally filed in the San Francisco Division of the Northern

5    District of California;

6            2.    The parties, witnesses, and locations of the alleged incidents in this action are

7    within the Eastern District of California.

8            3.    The convenience of the parties and witnesses and the interests of justice will be

9    served by transferring this action to the Eastern District of California, Sacramento Division.

10   / / /

11   / / /

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   ───────────────────────────────────────

28       1. Defendant MEET BOPORAI has neither been served nor appeared in this litigation as of
     the date of this stipulation. The Office of the Attorney General is not appearing on his behalf.

Stip. and [Proposed] Order re Transfer of Action                    *Newsome v. Schwarzenegger, et al.*
                                                                    C 08-2021 JCS

1    THEREFORE, THE PARTIES STIPULATE that this action should be transferred to

2  the United States District Court for the Eastern District of California, Sacramento Division.

3

4  Dated: June 20, 2008              ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
                                     Abraham N. Goldman
5

6                                    Abraham Goldman
                                     Attorneys for Plaintiff
7

8
   Dated: June ___, 2008             EDMUND G. BROWN JR.
9                                     Attorney General of the State of California
                                     DAVID S. CHANEY
10                                    Chief Assistant Attorney General
                                     FRANCES T. GRUNDER
11                                    Senior Assistant Attorney General
                                     JONATHAN L. WOLFF
12                                    Supervising Deputy Attorney General

13

14                                   _____
                                     KYLE A. LEWIS
15                                    Deputy Attorney General

16                                    Attorneys for Defendants Hartley and Dezember

17

18         This case is transferred to the Eastern District of California, Sacramento Division.  The

19  Clerk of the Northern District of California shall deliver the entire court file to Clerk of the

20  Eastern District of California, and take all necessary steps to close this matter in the Northern

21  District.

22         IT IS SO ORDERED.

23

24  Dated: _____
                                     _____
25                                    JOSEPH C. SPERO
                                     U. S. Magistrate Judge
26

27

28
   Stip. and [Proposed] Order re Transfer of Action              *Newsome v. Schwarzenegger, et al.*
                                                                 C 08-2021 JCS

                                     3

1             THEREFORE, THE PARTIES STIPULATE that this action should be transferred to

2  the United States District Court for the Eastern District of California, Sacramento Division.

3

4  Dated: June ___, 2008         ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
                                Abraham N. Goldman

5

6                          _____

7                          Attorneys for Plaintiff

8

9  Dated: June 20, 2008          EDMUND G. BROWN JR.
                                  Attorney General of the State of California
                                  DAVID S. CHANEY

10                         Chief Assistant Attorney General
                                  FRANCES T. GRUNDER

11                         Senior Assistant Attorney General
                                  JONATHAN L. WOLFF

12                         Supervising Deputy Attorney General

13

14                         KYLE A. LEWIS
                         Deputy Attorney General

15

16                         Attorneys for Defendants Schwarzenegger, Hickman, Tilton,
                         Hartley, and Dezember

17

18             This case is transferred to the Eastern District of California, Sacramento Division.  The

19  Clerk of the Northern District of California shall deliver the entire court file to Clerk of the

20  Eastern District of California, and take all necessary steps to close this matter in the Northern

21  District.

22             IT IS SO ORDERED.

23

24  Dated: _____

25                         JOSEPH C. SPERO
                         U. S. Magistrate Judge

26

27

28

Stip. and [Proposed] Order re Transfer of Action           *Newsome v. Schwarzenegger, et al.*
                                                                          C 08-2021 JCS