EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
KYLE A. LEWIS - State Bar No. 201041
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
kyle.lewis@doj.ca.gov

Attorneys for Defendants Schwarzenegger,
Hickman, Tilton, Hartley, and Dezember

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DORIS NEWSOME,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>　　　　　　　　　　　　Defendants. | C 08-2021 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　　Defendants ARNOLD SCWARZENEGGER, RODERICK Q. HICKMAN, JAMES E. TILTON, JAMES D. HARTLEY, and ROBIN DEZEMBER (Defendants) respectfully decline

///
///
///
///
///

Declination to Proceed bef. Magistrate Judge & Req. for Assign.　　　　*Newsome v. Schwarzenegger, et al.*
to District Court Judge　　　　　　　　　　　　　　　　　　　　　　　　　　C 08-2021 JCS

1

1  to consent to the assignment of this case to a United States Magistrate Judge for trial and
2  disposition and request the reassignment of this case to a United States District Judge.

3

4  Dated: June 24, 2008        EDMUND G. BROWN JR.
                               Attorney General of the State of California
5                              DAVID S. CHANEY
                               Chief Assistant Attorney General
6                              FRANCES T. GRUNDER
                               Senior Assistant Attorney General
7                              JONATHAN L. WOLFF
                               Supervising Deputy Attorney General
8

9                              /s/ Kyle A. Lewis
                               KYLE A. LEWIS
10                             Deputy Attorney General

11                             Attorneys for Defendants Schwarzenegger, Hickman, Tilton,
                               Hartley, and Dezember
12

Declination to Proceed bef. Magistrate Judge & Req. for Assign.                    Newsome v. Schwarzenegger, et al.
to District Court Judge                                                                           C 08-2021 JCS

2