1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | JONATHAN L. WOLFF
Supervising Deputy Attorney General
5 | KYLE A. LEWIS - State Bar No. 201041
Deputy Attorney General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 | Telephone:  (415) 703-5677
Facsimile: (415) 703-5843
8 | kyle.lewis@doj.ca.gov

9 | Attorneys for Defendants Schwarzenegger,
Hickman, Tilton, Hartley, and Dezember
10

ABRAHAM N. GOLDMAN &
ASSOCIATES, LTD.
Abraham N. Goldman - State Bar No.
102080
David Springfield - State Bar No. 226630
Post Office Box 120
12896 Rices Crossing Road
Oregon House, CA  95962-0120
Telephone: (530) 692-2267
Facsimile: (530) 692-2543

Attorneys for Plaintiff

11

IN THE UNITED STATES DISTRICT COURT

12

FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

SAN FRANCISCO DIVISION

14

15 | **DORIS NEWSOME, Individually, and as Successor-in-Interest to THEODORE HAYWARD, JR.,**

16 | **deceased,**

| **Plaintiff,**

17 | **v.**

18 | **ARNOLD SCHWARZENEGGER, as Governor of the State of California; RODERICK Q. HICKMAN**

19 | **and JAMES E. TILTON, Secretary of the California Department of Corrections and Rehabilitation; and**

20 | **JAMES D. HARTLEY, Individually and as Warden of Avenal State Prison; ROBIN DEZEMBER,**

21 | **Director of CDCR Correctional Health Care Services, MEET BOPORAI, M.D.; and DOES 1**

22 | **through 200, and each of them Inclusive,**

23 | **Defendants.**

24

C 08-2021 JCS

**STIPULATION AND [PROPOSED] ORDER RE TRANSFER OF ACTION TO EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

25 | Based on the following, Defendants ARNOLD SCWARZENEGGER, RODERICK Q.

26 | HICKMAN, JAMES E. TILTON, JAMES D. HARTLEY, and ROBIN DEZEMBER

27

28

Stip. and [Proposed] Order re Transfer of Action

*Newsome v. Schwarzenegger, et al.*
C 08-2021 JCS

1

1  (Defendants[1/]) and Plaintiff DORIS NEWSOME jointly stipulate to transfer this action to the

2  United States District Court for the Eastern District of California, Sacramento Division, under 28

3  U.S.C. § 1404(a):

4       1.   This action was originally filed in the San Francisco Division of the Northern

5  District of California;

6       2.   The parties, witnesses, and locations of the alleged incidents in this action are

7  within the Eastern District of California.

8       3.   The convenience of the parties and witnesses and the interests of justice will be

9  served by transferring this action to the Eastern District of California, Sacramento Division.

10 / / /

11 / / /

12 / / /

13 / / /

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 _____

28    1. Defendant MEET BOPORAI has neither been served nor appeared in this litigation as of
the date of this stipulation. The Office of the Attorney General is not appearing on his behalf.

Stip. and [Proposed] Order re Transfer of Action     *Newsome v. Schwarzenegger, et al.*
C 08-2021 JCS

1   THEREFORE, THE PARTIES STIPULATE that this action should be transferred to

2   the United States District Court for the Eastern District of California, Sacramento Division.

3

4   Dated: June 20, 2008          ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
                                   Abraham N. Goldman
5

6                                  Attorneys for Plaintiff
7

8   Dated: June __, 2008          EDMUND G. BROWN JR.
9                                  Attorney General of the State of California
                                   DAVID S. CHANEY
10                                 Chief Assistant Attorney General
                                   FRANCES T. GRUNDER
11                                 Senior Assistant Attorney General
                                   JONATHAN L. WOLFF
12                                 Supervising Deputy Attorney General

13

14                                 KYLE A. LEWIS
                                   Deputy Attorney General
15
                                   Attorneys for Defendants Hartley and Dezember
16

17

18        This case is transferred to the Eastern District of California, Sacramento Division. The

19  Clerk of the Northern District of California shall deliver the entire court file to Clerk of the

20  Eastern District of California, and take all necessary steps to close this matter in the Northern

21  District.

22        IT IS SO ORDERED.

23

24  Dated: _____

25                                 JOSEPH C. SPERO
                                   U. S. Magistrate Judge
26

27

28

Stip. and [Proposed] Order re Transfer of Action          *Newsome v. Schwarzenegger, et al.*
                                                          C 08-2021 JCS

1    THEREFORE, THE PARTIES STIPULATE that this action should be transferred to

2    the United States District Court for the Eastern District of California, Sacramento Division.

3

4    Dated: June ___, 2008          ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
                                    Abraham N. Goldman
5

6                                   _____
                                    Attorneys for Plaintiff
7

8
     Dated: June 20, 2008           EDMUND G. BROWN JR.
9                                   Attorney General of the State of California
                                    DAVID S. CHANEY
10                                  Chief Assistant Attorney General
                                    FRANCES T. GRUNDER
11                                  Senior Assistant Attorney General
                                    JONATHAN L. WOLFF
12                                  Supervising Deputy Attorney General

13                                  _____
14                                  KYLE A. LEWIS
                                    Deputy Attorney General
15
                                    Attorneys for Defendants Schwarzenegger, Hickman, Tilton,
16                                  Hartley, and Dezember

17

18
             This case is transferred to the Eastern District of California, Sacramento Division. The
19
     Clerk of the Northern District of California shall deliver the entire court file to Clerk of the
20
     Eastern District of California, and take all necessary steps to close this matter in the Northern
21
     District.
22
             IT IS SO ORDERED.
23

24
     Dated: _____
25                                              _____
                                                JOSEPH C. SPERO
26                                              U. S. Magistrate Judge

27

28

     Stip. and [Proposed] Order re Transfer of Action              *Newsome v. Schwarzenegger, et al.*
                                                                                    C 08-2021 JCS
                                             3