**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 1, 2008

USDC for the Eastern District of California
Clerk's Office
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

RE: CV 08-02021 SI   DORIS NEWSOME-v-ARNOLD SCHWARZENEGGER

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☐ Certified copy of docket entries.
- ☐ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ Please access the electronic case file for all pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

/s/

by:  Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record